IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE MEDINA,

    Plaintiff,                   No. CIV S-10-0502 LKK GGH P

    vs.

KATHLEEN L. DICKINSON, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 20, 2011, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on June 28, 2010 and November 18, 2010. All requests were denied. The issues in this case are well articulated by plaintiff and the court does not find the extraordinary circumstance necessary for appointment of counsel. Nevertheless, plaintiff has also indicated that he has spoken to a lawyer, Tracy Renee Lum, and that she is willing to represent him. If Ms. Lum indicates to the court in a filed request that she desires to represent plaintiff herein, the undersigned will appoint her pursuant to his authority to do so.

////

////

////

1  IT IS HEREBY ORDERED that plaintiff's June 20, 2011 motion for appointment
2  of counsel is denied without prejudice to Ms. Lum indicating to the court that she desires
3  appointment.
4  DATED: June 30, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
medi0502.31thr